UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DELORES TAYLOR,

                    Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-3668 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 21 ... ★

P.M. _____
TIME A.M. _____

An Order of Honorable David G. Trager, United States District Judge, having filed on June 10, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and a new decision; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and a new decision.

Dated: Brooklyn, New York
       June 14, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court